# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CORDON HOLDING B.V., CORDON ART B.V., THE M.C. ESCHER FOUNDATION, and PROLIFIC ART GALLERIES, LTD.,**
      **Plaintiffs,**

**v.**

Case No. 6:05mc99-Orl-DAB

**NORTHWEST PUBLISHING CORP. and PAUL ANISH,**
      **Defendants.**
_____

**WACHOVIA BANK,**
      **Garnishee.**

_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR WRIT OF GARNISHMENT (Doc. No. 2)**
>
> **FILED:** September 16, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Although the Plaintiffs have attempted to file a "Registration of Foreign Judgment," what was actually filed was not the judgment but the opinion and order awarding damages. Doc. No. 1. The Motion for Writ of Garnishment is **DENIED** without prejudice to its refiling with a proper certification of the actual judgment.

**DONE** and **ORDERED** in Orlando, Florida on September 22, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record